# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-257
Lower Tribunal Nos. 20-75 AC, B19-25684

_____

**Rickiiy Ellis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Robin Faber, Judge.

Carlos J. Martinez, Public Defender, and Stephen J. Weinbaum, Assistant Public Defender, for appellant.

Katherine Fernandez Rundle, State Attorney, and Jackson F. Shuford, Assistant State Attorney, for appellee.

Before FERNANDEZ, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.